AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

RUTILO ESPINOZA-MAXIMO

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:17-mj- 1159-JBT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 11, 2017, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about May 8, 2011, and July 1, 2011,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Joseph B. Ordon

Sworn to before me and subscribed in my presence,

May 17, 2017 at Jacksonville, Florida

JOEL B. TOOMEY
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CRIMINAL COMPLAINT AFFIDAVIT

I, Joseph B. Ordon, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE for over ten years. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On May 11, 2017, Homeland Security Investigations Special Agent Harry "Gene" Williams and Deportation Officer Abraham Velez-Gomez arrested an individual who identified himself as Rutilo ESPINOZA-MAXIMO outside his apartment at 1801 Kernan Boulevard, Apartment 604, Jacksonville, Florida, in Duval County, Florida. ESPINOZA-MAXIMO stated that he had been born in Mexico in May of 1971.

3. On May 11, 2017, Special Agent Williams ran immigration service computer checks using the defendant's name and date of birth and the computer checks showed no record that a Mexican citizen with that name and date of birth had ever been legally admitted into the United States.

4. On May 12, 2017, ESPINOZA-MAXIMO was transported to the ICE office in Jacksonville, Florida, for administrative deportation processing. During

administrative possessing, your affiant entered ESPINOZA-MAXIMO's fingerprints into an automated biometric identification system that compares a person's fingerprints with the fingerprints in a database of persons who previously have been encountered by immigration authorities. The system returned a match and reflected that ESPINOZA-MAXIMO previously had been encountered under the name Rutilo ESPINOZA-MAXIMO and had been assigned an Alien Registration number ("A-number"). Your affiant then conducted additional immigration service computer checks using the A-number, which revealed that ESPINOZA-MAXIMO is a citizen of Mexico who had been removed from the United States to Mexico on two previous occasions: May 8, 2011, and July 1, 2011.

5. On May 15, 2017, your affiant reviewed copies of the Alien Registration file ("A-file") for ESPINOZA-MAXIMO. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that ESPINOZA-MAXIMO was removed from the United States to Mexico on May 8, 2011, through San Luis, Arizona, and July 1, 2011, through Laredo, Texas. The A-file contained no record that ESPINOZA-MAXIMO had ever applied for or received permission from the Attorney General or the Secretary of the Homeland Security for the United States to re-enter the United States since the time of his removal.

6. On May 16, 2017, at approximately 11:00 a.m., your affiant advised Assistant United States Attorney Arnold B. Corsmeier of the foregoing facts and he authorized criminal prosecution of ESPINOZA-MAXIMO.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that RUTILO ESPINOZA-MAXIMO is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

Joseph B. Ordon, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida