FILED IN OPEN COURT
5/24/2017
CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. Case No. 3:17-cr-95-J-32PDB
Ct. 1: 8 U.S.C. § 1326

RUTILO ESPINOZA-MAXIMO

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about May 11, 2017, in the Middle District of Florida,

RUTILO ESPINOZA-MAXIMO,

the defendant herein, a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about May 8, 2011, and July 1, 2011.

In violation of Title 8, United States Code, Section 1326.

W. STEPHEN MULDROW
Acting United States Attorney

By: Laura Cofer Taylor
LAURA COFER TAYLOR
Assistant United States Attorney

By: ______________________
FRANK TALBOT
Assistant United States Attorney
Acting Chief, Jacksonville Division